UNITED STATES DISTRICT COURT **JS-6**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES CLOSING

Case No    SACV 17-2109-AG(JDEx)                    Date: December 28, 2018


Title: JUMBLEBERRY ENTERPRISES USA LTD v BA CAPITAL LLC, ET AL

Present   ANDREW J. GUILFORD , United States District Court Judge

           Lisa Bredahl                              Not Present
           Deputy Clerk                           Court Reporter

-------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------

Attorneys for Plaintiff                          Attorneys for Defendant

Not Present                                      Not Present


----------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------

Proceedings:         ☐ In Court        X In Chambers        ☐ Counsel Notified

☐        Case previously closed in error.  Make JS-5**.**

X        Case should have been closed on entry dated 7/9/18.  Make JS-6.

☐        Case settled but may be reopened if settlement is not finalized within      days.  Make
         JS-6.

☐        Other                               .

☐        Entered                             .




CV-74 (08/97)                              Initials by Deputy Clerk     lmb